IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONNIE MOORE,**
          **Plaintiff,**

   **vs.**                                             **Civil Action 2:09-CV-849**
                                                                      **Judge Marbley**
                                                                      **Magistrate Judge King**

**WACHOVIA DEALER SERVICES,**
**INC.,** *et al.,*
          **Defendants.**

### ORDER

       Plaintiff, who is proceeding *pro se,* was ordered to show cause, by March 8, 2010, why the case should not be dismissed for failure to make timely service of process. *Order.* On March 8, 2010, plaintiff filed a response. Doc. No. 4. However, plaintiff makes no reference to service of process, but appears only to seek judgment against the two individual defendants, whom plaintiff identifies as a judge and a lawyer.

       Rule 4(m) of the Federal Rules of Civil Procedure requires that service of process be completed within 120 days of the filing of the complaint. The Rule also requires that claims against any defendant not so served must be dismissed. *Id.* The complaint in this action was filed on September 28, 2009. Doc. No. 2. There is no evidence that service of process has been completed, and plaintiff does not demonstrate an intention to effect service of process.

       Under these circumstances, this action is hereby **DISMISSED** pursuant to F.R. Civ. P. 4(m) for failure to effect service of process.

                                                      *s/Algenon L. Marbley*
                                                         Algenon L. Marbley
                                            United States District Judge