**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

**RONNIE MOORE,**
        **Plaintiff,**

   **vs.**                                      **Civil Action 2:09-CV-849**
                                                  **Judge Marbley**
                                                  **Magistrate Judge King**

**WACHOVIA DEALER SERVICES,**
**INC.,** *et al.,*
        **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the April 1, 2010 Order, this case is DISMISSED pursuant to F.R. Civ. P. 4(m) for failure to effect service of process. Final Judgment is entered.

Date: **April 1, 2010**                          **James Bonini, Clerk**

                                                             s/Betty L. Clark
                                                       Betty L. Clark/Deputy Clerk